**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**NAKITA S. GIBBS, et al.** **PLAINTIFFS**

**v.** **No. 4:21-cv-1021-DPM**
**4:21-cv-1022-DPM**
**4:21-cv-1023-DPM**
**4:21-cv-1024-DPM**
**4:21-cv-1025-DPM**
**4:21-cv-1026-DPM**
**4:21-cv-1027-DPM**
**4:21-cv-1028-DPM**
**4:21-cv-1029-DPM**
**4:21-cv-1030-DPM**
**4:21-cv-1031-DPM**
**4:21-cv-1032-DPM**
**4:21-cv-1033-DPM**
**4:21-cv-1034-DPM**
**4:21-cv-1035-DPM**
**4:21-cv-1036-DPM**
**4:21-cv-1037-DPM**
**4:21-cv-1038-DPM**
**4:21-cv-1039-DPM**
**4:21-cv-1040-DPM**
**4:21-cv-1041-DPM**
**4:21-cv-1042-DPM**
**4:21-cv-1043-DPM**
**4:21-cv-1044-DPM**
**4:21-cv-1045-DPM**
**4:21-cv-1046-DPM**

**4:21-cv-1047-DPM**
**4:21-cv-1048-DPM**
**4:21-cv-1049-DPM**
**4:21-cv-1050-DPM**
**4:21-cv-1051-DPM**
**4:21-cv-1052-DPM**
**4:21-cv-1053-DPM**
**4:21-cv-1054-DPM**
**4:21-cv-1055-DPM**
**4:21-cv-1056-DPM**
**4:21-cv-1057-DPM**
**4:21-cv-1058-DPM**
**4:21-cv-1059-DPM**
**4:21-cv-1060-DPM**
**4:21-cv-1061-DPM**
**4:21-cv-1062-DPM**

**GARY M. ARNOLD, et al.** **DEFENDANTS**

**ORDER**

I recuse. I'm a defendant. My impartiality in this case could therefore reasonably be questioned. 28 U.S.C. § 455(a). The Clerk must reassign these cases at random by chip exchange.

So Ordered.

D.P. Marshall Jr.
United States District Judge

10 November 2021