# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RICKEY ASHLEY**
**ADC #099718C**                                                                                             **PLAINTIFF**

**v.**                         **CASE NO. 4:21-CV-01022-BSM**

**GARY ARNOLD,** *et al.*                                                            **DEFENDANTS**

## ORDER

Rickey Ashley's complaint [Doc. No. 1] is dismissed without prejudice because he has at least three strikes under the PLRA, *see Ashley v. Moody*, 4:18-CV-00482 BRW (E.D. Ark. filed July 25, 2018); *Ashley v. Moody, et al.*, 4:18-CV-00497 BSM (E.D. Ark. filed July 31, 2018); *Ashley v. Moody., et al.*, 4:18-CV-00498 KGB (E.D. Ark. filed July 31, 2018), and it does not appear that he is in imminent danger of serious physical injury based on the allegations contained in his complaint. *See* 28 U.S.C. § 1915(g).

If Ashley wants to pursue this case, he has thirty days to pay the filing fee of $402 to the clerk, noting the above style and case number, along with a motion to reopen this case. This case will be reopened once the filing fee and the motion have been received. An *in forma pauperis* appeal would not be taken in good faith.

Effective immediately Ashley is placed on the Court's restricted filer list. The Clerk is directed not to file any future cases brought under 42 U.S.C. § 1983 submitted by Ashley without prior approval.

IT IS SO ORDERED this 3rd day of December, 2021.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE