IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICKEY ASHLEY**
**ADC #099718C**                                                                                                 **PLAINTIFF**

**v.**                             **CASE NO. 4:21-CV-01022-BSM**

**GARY ARNOLD,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE